# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID BETANCES SAIZ,** a/k/a
**DAVID BETANCES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1741

[November 6, 2025]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case Nos. 16-004637-CF-10A and 16-006553-CF-10A.

David Betances Saiz, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***